IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 3:16-cv-1417-M SEALED |
| ASH NARAYAN, THE TICKET RESERVE, INC. a/k/a FORWARD MARKET MEDIA, INC., RICHARD M. HARMON, and JOHN A. KAPTROSKY, | § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING
## RECEIVER'S MOTION TO EXPAND RECEIVERSHIP

The Court has reviewed the Receiver's Motion to Expand Receivership [Docket #23]; the Declaration of Michael D. Napoli in support thereof [Docket Entry #24]; and the applicable law and counsel's arguments, and is of the opinion that Receiver's Motion to Expand Receivership should be granted.

IT IS THEREFORE ORDERED that Receiver's Motion to Expand Receivership is GRANTED. The receivership is expanded to include the following subsidiaries of Ticket Reserve: Forward Market Media, Inc. and Resource Acquisition Group, LLC.

SO ORDERED.

June 9, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1