THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| Plaintiff, | § § § | |
| vs. | § § | |
| ASH NARAYAN, THE TICKET RESERVE INC. a/k/a FORWARD MARKET MEDIA, INC., RICHARD M. HARMON, and JOHN A. KAPTROSKEY, | § § § § § § § | CASE NO: 3:16-cv-1417-M **FILED UNDER SEAL** |
| Defendants. | § | |

## NOTICE OF APPEARANCE AND DESIGNATION OF ADDITIONAL COUNSEL

Defendant Ash Narayan ("Narayan") files this Notice of Appearance and Designation of Additional Counsel. Joe Kendall and Jamie McKey of the Kendall Law Group, PLLC hereby appear on Narayan's behalf and will assume co-counsel status for Narayan with current counsel. Narayan requests that Joe Kendall and Jamie McKey be added as counsel of record on his behalf.

Respectfully submitted,

JOE KENDALL
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
JAMIE J. MCKEY
Texas Bar No. 24045262
jmckey@kendalllawgroup.com
**KENDALL LAW GROUP, PLLC**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
214-744-3000 / 214-744-3015 (Facsimile)
**ATTORNEYS FOR DEFENDANT ASH NARAYAN**

## CERTIFICATE OF SERVICE

    I certify that on June 10, 2016, I conventionally filed the foregoing document with the Clerk of the Court. I further certify that all parties and their counsel were served a copy by U.S. mail as detailed below:

| | |
|---|---|
| Chris Davis<br>Plaintiff's Lead Attorney<br>Jessica B. Magee<br>United States Securities and Exchange Commission<br>Burnett Plaza, Suite 1900<br>801 Cherry Street, Unit 18<br>Fort Worth, TX 76102<br>*Counsel for Plaintiff* | Charles B. Leuin<br>Steven M. Malina<br>Greenburg Traurig, LLP<br>77 West Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br>*Counsel for Defendants Richard M. Harmon and John M. Kaptrosky* |
| Michael Napoli<br>Eduardo S. Espinosa<br>Dykema Cox Smith<br>Commerce Bank Tower<br>1717 Main Street<br>Suite 4200<br>Dallas, TX 75201<br>*Receiver for The Ticket Reserve, Inc. a/k/a Forward Market Media, Inc.* | Wayne R. Gross<br>Howard M. Privette<br>Greenburg Gross LLP<br>650 Town Center Drive, Suite 1750<br>Costa Mesa, CA 92626<br>*Counsel for Defendant Ash Narayan* |

/s/ Jamie McKey
JAMIE J. MCKEY