```
                    LITZLER, SEGNER, SHAW & McKENNEY, L.L.P.
                           1412 Main Street, 24th Floor
                                Dallas, Texas  75202
                         (214) 752-0999  *  (214) 752-0990
                              EIN #:  75-2305990
```

```
                                                                    Page:   1
  The Ticket Reserve Inc                                            11/01/16
  SEC v The Ticket Reserve Inc. et al            Account No:        8-00005M
  Civil Action No. 16-cv-1417                    Invoice No:            2645
```

```
                   Professional Services Rendered  thru 09/30/16
                   _____
```

|          |    |                                                                                  | Hours |          |
|----------|----|----------------------------------------------------------------------------------|-------|----------|
| 07/27/16 | KM | Document & Computer Data Review: review Ticket Reserve documents and QuickBooks accounting records. | 2.50  | 1,062.50 |
|          | KM | Business Operations: meet with Receiver and attorney to discuss accounting duties. | 1.40  | 595.00   |
| 08/01/16 | JB | Tax Issues: Meeting with Kelly, Mike, Eddy and Jim regarding setting up books, tax issues and outstanding returns. | 2.00  | 390.00   |
| 08/04/16 | KM | Business Operations: set up accounting for TR and read xStream management agreement to understand accounting issues. | 1.60  | 680.00   |
| 08/12/16 | KM | Business Operations: generate QB's reports for Receiver. | 0.20  | 85.00    |
| 08/16/16 | JB | Tax Issues: Meet with Kelly and discuss Illinois Unemployment Audit. Research quickbooks payroll records and run report. Prepare response for audit and send out. | 1.00  | 195.00   |
| 08/17/16 | JB | Tax Issues: Set up new set of quickbooks. Review all invoices, input all A/R and payments received and prepare reports and send out details. | 3.00  | 585.00   |
|          | KM | Business Operations: review withdrawal analysis and Receiver's books with J. Bock. | 0.80  | 340.00   |
| 08/19/16 | JB | Tax Issues: Research quickbooks, invoices and payments and prepare analysis for withdrawals. | 3.60  | 702.00   |
|          | KM | Business Operations: analyze historical withdrawal history to ensure current withdrawal requests are accurate. | 0.60  | 255.00   |
| 08/24/16 | KM | Business Operations: reconcile withdrawals and related invoices. | 0.60  | 255.00   |
| 09/22/16 | KW | Accounting for Accuracy of A/R: Review emails and ledger report to finish QuickBooks setup | 4.10  | 799.50   |

```
                                                              Page: 2
   The Ticket Reserve Inc                                   11/01/16
                                              Account No:   8-00005M
                                              Invoice No:      2645
```

|  |  |  | Hours |  |
|---|---|---|---:|---:|
| 09/23/16 KW | Accounting for Accuracy of A/R: Review Ledger Report and update QuickBooks | | 4.20 | 819.00 |
| 09/26/16 KW | Accounting for Accuracy of A/R: Review Ledger Report, emails, etc. and update QuickBooks | | 2.80 | 546.00 |
| 09/27/16 KW | Accounting for Accuracy of A/R: Research payments/accounts, finish setting up QuickBooks, and reconcile bank statements | | 3.70 | 721.50 |
| | For Current Services Rendered | | 32.10 | 8,030.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Karla Wortham | 14.80 | $195.00 | $2,886.00 |
| Jennifer Bock | 9.60 | 195.00 | 1,872.00 |
| Kelly McCullough | 7.70 | 425.00 | 3,272.50 |

```
        Total Current Work                                    8,030.50

        Balance Due                                          $8,030.50
```

Due and payable upon receipt