# EXHIBIT A
# STANDARDIZED FUND ACCOUNTING REPORT

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 10-01-16 thru 12-31-16

| | FUND ACCOUNTING (See Instructions): | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/01/2016): | $ 18,972.41 | $ - | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $ 163,259.46 | $ 22,018.36 | $ 185,277.82 |
| Line 3 | Cash and Securities | $ - | $ 14,373.27 | $ 14,373.27 |
| Line 4 | Interest/Dividend Income | $ - | $ - | $ - |
| Line 5 | Business Asset Liquidation | | | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ 200.00 | $ 200.00 |
| Line 7 | Third-Party Litigation Income | | | $ - |
| Line 8 | Miscellaneous - Other | $ 34,649.69 | $ 9,756.35 | $ 44,406.04 |
| | Total Funds Available (Lines 1 – 8): | $ 216,881.56 | $ 46,347.98 | $ 244,257.13 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | $ 150,314.65 | $ 27,375.57 | $ 177,690.22 |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | $ - | | $ - |
| | Total Disbursements for Receivership Operations | $ 150,314.65 | $ 27,375.57 | $ 177,690.22 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................. | | | $ - |
| | Independent Distribution Consultant (IDC)................ | | | $ - |
| | Distribution Agent............................................... | | | $ - |
| | Consultants....................................................... | | | $ - |
| | Legal Advisers................................................... | | | $ - |
| | Tax Advisers...................................................... | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | *Total Plan Development Expenses* | | | $ - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................. | | | $ - |
| | IDC.................................................................. | | | $ - |
| | Distribution Agent............................................... | | | $ - |
| | Consultants....................................................... | | | $ - |
| | Legal Advisers................................................... | | | $ - |
| | Tax Advisers...................................................... | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan............................ | | | $ - |
| | Claimant Identification......................................... | | | $ - |
| | Claims Processing.............................................. | | | $ - |
| | Web Site Maintenance/Call Center......................... | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 10-01-16 thru 12-31-16

|  |  | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
|  | Total Plan Implementation Expenses |  |  | $ - |
|  | Total Disbursements for Distribution Expenses Paid by the Fund |  |  |  |
| Line 12 | Disbursements to Court/Other: |  |  |  |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees |  |  | $ - |
| Line 12b | Federal Tax Payments |  |  | $ - |
|  | Total Disbursements to Court/Other: |  |  | $ - |
|  | Total Funds Disbursed (Lines 9 – 11): | $ 150,314.65 | $ - | $ 150,314.65 |
| Line 13 | Ending Balance (As of 12/31/2016): | $ 66,566.91 | $ 18,972.41 | $ 66,566.91 |
| Line 14 | Ending Balance of Fund – Net Assets: |  |  |  |
| Line 14a | Cash & Cash Equivalents | $ 76,109.51 | $ 18,972.41 | $ 76,109.51 |
| Line 14b | Investments | $ - |  | $ - |
| Line 14c | Other Assets or Uncleared Funds | $ (9,542.60) |  | $ (9,542.60) |
|  | Total Ending Balance of Fund – Net Assets | $ 66,566.91 | $ 18,972.41 | $ 66,566.91 |

| OTHER SUPPLEMENTAL INFORMATION: |  |  |  |  |
|---|---|---:|---:|---:|
|  |  | Detail | Subtotal | Grand Total |
|  | *Report of Items NOT To Be Paid by the Fund:* |  |  |  |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** |  |  |  |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  |     Fund Administrator………………………………… |  |  | $ - |
|  |     IDC……………………………………………………… |  |  | $ - |
|  |     Distribution Agent……………………………………. |  |  | $ - |
|  |     Consultants……………………………………………. |  |  | $ - |
|  |     Legal Advisers………………………………………… |  |  | $ - |
|  |     Tax Advisers…………………………………………… |  |  | $ - |
|  | 2. Administrative Expenses |  |  | $ - |
|  | 3. Miscellaneous |  |  | $ - |
|  | Total Plan Development Expenses Not Paid by the Fund |  |  |  |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  |     Fund Administrator………………………………… |  |  | $ - |
|  |     IDC……………………………………………………… |  |  | $ - |
|  |     Distribution Agent……………………………………. |  |  | $ - |
|  |     Consultants……………………………………………. |  |  | $ - |
|  |     Legal Advisers………………………………………… |  |  | $ - |
|  |     Tax Advisers…………………………………………… |  |  | $ - |
|  | 2. Administrative Expenses |  |  | $ - |
|  | 3. Investor Identification: |  |  | $ - |
|  |     Notice/Publishing Approved Plan………………… |  |  | $ - |
|  |     Claimant Identification……………………………… |  |  | $ - |
|  |     Claims Processing…………………………………… |  |  | $ - |
|  |     Web Site Maintenance/Call Center………………… |  |  | $ - |
|  | 4. Fund Administrator Bond |  |  | $ - |
|  | 5. Miscellaneous |  |  | $ - |
|  | 6. FAIR Reporting Expenses |  |  | $ - |
|  | Total Plan Implementation Expenses Not Paid by the Fund |  |  | $ - |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund |  |  | $ - |
|  | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |  |  |  |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** |  |  |  |
| Line 16a | Investment Expenses/CRIS Fees |  |  | $ - |
| Line 16b | Federal Tax Payments |  |  | $ - |
|  | Total Disbursements to Court/Other Not Paid by the Fund: |  |  | $ - |
| Line 17 | **DC & State Tax Payments** |  |  | $ - |
| Line 18 | **No. of Claims:** |  |  |  |
| Line 18a | # of Claims Received This Reporting Period…………………………………………… |  |  | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 10-01-16 thru 12-31-16

| | | | |
|---|---|---|---|
| *Line 18b* | *# of Claims Received Since Inception of Fund*............................................................ | $ | - |
| **Line 19** | **No. of Claimants/Investors:** | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period*................................................ | $ | - |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund*............................................. | $ | - |

Receiver:

By: _____
    (signature)

_____
(printed name)

_____
(title)

Date: _____

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 2.1 - Business Income

| Description | | Amount |
|---|---|---:|
| Royalty (CFP) | $ | 28,202.27 |
| Royalty (All-Access) | $ | 5,174.68 |
| Royalty (Fiesta) | $ | 568.68 |
| Royalty (Peach) | $ | 1,282.40 |
| Royalty (CFP) | $ | 40,993.06 |
| Royalty (All-Access) | $ | 7,122.93 |
| Royalty (Fiesta) | $ | 1,241.94 |
| Royalty (Peach) | $ | 2,827.05 |
| Royalty (CFP) | $ | 54,308.76 |
| Royalty (All-Access) | $ | 11,705.39 |
| Royalty (Fiesta) | $ | 3,040.66 |
| Royalty (Peach) | $ | 6,791.64 |
| **Total** | **$** | **163,259.46** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 8 - Miscellaneous

| Description | Amount |
|---|---:|
| Withdrawal (CFP) | $ 3,363.65 |
| Withdrawal (All Access) | $ 377.30 |
| Withdrawal (Fiesta) | $ 25.00 |
| Withdrawal (CFP) | $ 6,266.80 |
| Withdrawal (All Access) | $ 588.80 |
| Withdrawal (Peach) | $ 34.00 |
| Withdrawal (CFP) | $ 13,239.04 |
| Withdrawal (Peach) | $ 1,885.30 |
| Withdrawal (All Access) | $ 8,869.80 |
| **Total** | **$ 34,649.69** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 10 - Oper. Disbursements

| Description | Amount |
|---|---:|
| IT Fees/Expenses | $ 41,076.90 |
| IT Fees/Expenses | $ 37,089.73 |
| Withdrawal (Trump) | $ 1,500.00 |
| Withdrawal (CFP) | $ 3,321.15 |
| 401(K) Fees | $ 356.25 |
| IT Fees/Expenses | $ 5,137.16 |
| IT Fees/Expenses | $ 30,090.87 |
| Withdrawal (All-Access) | $ 377.30 |
| Withdrawal (Fiesta) | $ 25.00 |
| 401(K) Fees | $ 356.25 |
| Withdrawal (CFP) | $ 6,324.60 |
| Withdrawal (All-Access) | $ 533.80 |
| Withdrawal (Peach) | $ 34.00 |
| Withdrawal (CFP) | $ 13,239.04 |
| Withdrawal (CFP) | $ 42.50 |
| Withdrawal (All-Access) | $ 55.00 |
| Withdrawal (Peach) | $ 1,885.30 |
| Withdrawal (All-Access) | $ 8,869.80 |
| **Total** | **$ 150,314.65** |

* Withdrawal amounts represent a daily total

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 14 - Ending Bal. of Funds

| Line | Class Description | Amount | |
|---|---|---|---|
| 14a | **Cash & Cash Equivalents** | | |
| | Rabobank | $ 76,109.51 | |
| | Subtotal | $ 76,109.51 | 186516.5 |
| 14b | **Investments** | | |
| | Subtotal | $ - | |
| 14c | **Other Assets or Uncleared Funds** | $ (9,542.60) | |
| | Subtotal | $ (9,542.60) | |
| | Total | $ 66,566.91 | |