# EXHIBIT "A-1"

Case 3:16-cv-01417-M Document 148-1 Filed 08/25/17 Page 2 of 15 PageID 2360

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 01-01-17 thru 03-31-17

| FUND ACCOUNTING (See Instructions): | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 01/01/2017): | $ 66,566.91 | $ - | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $ 45,934.26 | $ 185,277.82 | $ 231,212.08 |
| Line 3 | Cash and Securities | $ - | $ 14,373.27 | $ 14,373.27 |
| Line 4 | Interest/Dividend Income | $ - | $ - | $ - |
| Line 5 | Business Asset Liquidation | | | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ 200.00 | $ 200.00 |
| Line 7 | Third-Party Litigation Income | | | $ - |
| Line 8 | Miscellaneous - Other | $ 128,236.27 | $ 44,406.04 | $ 172,642.31 |
| | Total Funds Available (Lines 1 – 8): | $ 240,737.44 | $ 244,257.13 | $ 418,427.66 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | $ 194,516.85 | $ 177,690.22 | $ 372,207.07 |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | $ - | | $ - |
| | Total Disbursements for Receivership Operations | $ 194,516.85 | $ 177,690.22 | $ 372,207.07 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………….. | | | $ - |
| | Independent Distribution Consultant (IDC)……………. | | | $ - |
| | Distribution Agent…………………………………. | | | $ - |
| | Consultants………………………………………… | | | $ - |
| | Legal Advisers……………………………………… | | | $ - |
| | Tax Advisers……………………………………….. | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | *Total Plan Development Expenses* | | | $ - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………….. | | | $ - |
| | IDC…………………………………………………. | | | $ - |
| | Distribution Agent…………………………………. | | | $ - |
| | Consultants………………………………………… | | | $ - |
| | Legal Advisers……………………………………… | | | $ - |
| | Tax Advisers……………………………………….. | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan………………………. | | | $ - |
| | Claimant Identification……………………………….. | | | $ - |
| | Claims Processing…………………………………….. | | | $ - |
| | Web Site Maintenance/Call Center…………………… | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | $ - |

Case 3:16-cv-01417-M   Document 148-1   Filed 08/25/17   Page 3 of 15   PageID 2361

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 01-01-17 thru 03-31-17

|  |  | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
|  | Total Plan Implementation Expenses |  |  | $ - |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** |  |  |  |
| Line 12 | **Disbursements to Court/Other:** |  |  |  |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees |  |  | $ - |
| Line 12b | Federal Tax Payments |  |  |  |
|  | **Total Disbursements to Court/Other:** |  |  | $ - |
|  | Total Funds Disbursed (Lines 9 – 11): | $ 194,516.85 | $ - | $ 194,516.85 |
| Line 13 | **Ending Balance (As of 03/31/2017):** | $ 46,220.59 | $ 66,566.91 | $ 46,220.59 |
| Line 14 | **Ending Balance of Fund – Net Assets:** |  |  |  |
| Line 14a | Cash & Cash Equivalents | $ 52,558.96 | $ 76,109.51 | $ 52,558.96 |
| Line 14b | Investments | $ - |  | $ - |
| Line 14c | Other Assets or Uncleared Funds | $ (6,338.37) | $ (9,542.60) | $ (6,338.37) |
|  | **Total Ending Balance of Fund – Net Assets** | $ 46,220.59 | $ 66,566.91 | $ 46,220.59 |

| **OTHER SUPPLEMENTAL INFORMATION:** |  |  |  |  |
|---|---|---:|---:|---:|
|  |  | Detail | Subtotal | Grand Total |
|  | ***Report of Items NOT To Be Paid by the Fund:*** |  |  |  |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** |  |  |  |
| Line 15a | Plan Development Expenses Not Paid by the Fund: |  |  |  |
|  | 1. Fees: |  |  |  |
|  |     Fund Administrator............................................ |  |  | $ - |
|  |     IDC................................................................. |  |  | $ - |
|  |     Distribution Agent............................................. |  |  | $ - |
|  |     Consultants...................................................... |  |  | $ - |
|  |     Legal Advisers.................................................. |  |  | $ - |
|  |     Tax Advisers.................................................... |  |  | $ - |
|  | 2. Administrative Expenses |  |  | $ - |
|  | 3. Miscellaneous |  |  | $ - |
|  | Total Plan Development Expenses Not Paid by the Fund |  |  |  |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund |  |  |  |
|  | 1. Fees: |  |  |  |
|  |     Fund Administrator............................................ |  |  | $ - |
|  |     IDC................................................................. |  |  | $ - |
|  |     Distribution Agent............................................. |  |  | $ - |
|  |     Consultants...................................................... |  |  | $ - |
|  |     Legal Advisers.................................................. |  |  | $ - |
|  |     Tax Advisers.................................................... |  |  | $ - |
|  | 2. Administrative Expenses |  |  | $ - |
|  | 3. Investor Identification: |  |  |  |
|  |     Notice/Publishing Approved Plan............................ |  |  | $ - |
|  |     Claimant Identification......................................... |  |  | $ - |
|  |     Claims Processing............................................. |  |  | $ - |
|  |     Web Site Maintenance/Call Center.......................... |  |  | $ - |
|  | 4. Fund Administrator Bond |  |  | $ - |
|  | 5. Miscellaneous |  |  | $ - |
|  | 6. FAIR Reporting Expenses |  |  | $ - |
|  | Total Plan Implementation Expenses Not Paid by the Fund |  |  | $ - |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund |  |  | $ - |
|  | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** |  |  |  |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** |  |  |  |
| Line 16a | Investment Expenses/CRIS Fees |  |  | $ - |
| Line 16b | Federal Tax Payments |  |  | $ - |
|  | **Total Disbursements to Court/Other Not Paid by the Fund:** |  |  | $ - |
| Line 17 | **DC & State Tax Payments** |  |  | $ - |
| Line 18 | **No. of Claims:** |  |  |  |
| Line 18a |     # of Claims Received This Reporting Period................................................................. |  |  | $ - |

Case 3:16-cv-01417-M   Document 148-1   Filed 08/25/17   Page 4 of 15   PageID 2362

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 01-01-17 thru 03-31-17

| | | | |
|---|---|---:|---:|
| Line 18b | # of Claims Received Since Inception of Fund............................................................ | $ | - |
| **Line 19** | **No. of Claimants/Investors:** | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period................................................ | $ | - |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund............................................. | $ | - |

Receiver:

By: _____
      (signature)

_____
(printed name)

_____
(title)

Date: _____

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 2.1 - Business Income

| Description | Amount |
|---|---:|
| Royalty (Peach) | $ 3,244.98 |
| Royalty (CFP) | $ 39,529.98 |
| Royalty (Fiesta) | $ 971.40 |
| Royalty (All-Access) | $ 1,847.08 |
| Refund (Ascensus) | $ 340.82 |
| **Total** | **$ 45,934.26** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 8 - Miscellaneous

| Description | | Amount |
|---|---|---:|
| Withdrawal (Peach) | $ | 3,936.70 |
| Withdrawal (CFP) | $ | 112,838.03 |
| Withdrawal (Fiesta) | $ | 73.10 |
| Withdrawal (All Access) | $ | 11,388.44 |
| **Total** | **$** | **128,236.27** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve Receivership - Cash Basis
16-CV-1417;
Sched 10 - Oper. Disbursements

| Description | Amount |
|---|---:|
| Withdrawal (Peach) | $ 3,936.70 |
| IT Fees/Expenses | $ 28,122.34 |
| Withdrawal (CFP) | $ 112,838.03 |
| IT Fees/Expenses | $ 20,138.59 |
| Withdrawal (Fiesta) | $ 73.10 |
| Withdrawal (All-Access) | $ 11,388.44 |
| 401(K) Fees | $ 340.82 |
| IT Fees/Expenses | $ 17,089.63 |
| Administrative Expenses | $ 214.20 |
| IT Fees/Expenses | $ 375.00 |
| **Total** | **$ 194,516.85** |

\* Withdrawal amounts represent a daily total

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 14 - Ending Bal. of Funds

| Line | Class | Description | | Amount |
|---|---|---|---|---:|
| 14a | **Cash & Cash Equivalents** | | | |
| | | Rabobank | $ | 52,558.96 |
| | | Subtotal | $ | 52,558.96 |
| 14b | **Investments** | | | |
| | | Subtotal | $ | - |
| 14c | **Other Assets or Uncleared Funds** | | $ | (6,338.37) |
| | | Subtotal | $ | (6,338.37) |
| | | Total | $ | **46,220.59** |

# EXHIBIT "A-2"

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 04-01-17 thru 06-30-17

| | FUND ACCOUNTING (See Instructions): | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 04/01/2017): | $ 46,220.59 | $ - | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $ - | $ 231,212.08 | $ 231,212.08 |
| Line 3 | Cash and Securities | $ - | $ 14,373.27 | $ 14,373.27 |
| Line 4 | Interest/Dividend Income | $ - | $ - | $ - |
| Line 5 | Business Asset Liquidation | | | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ 200.00 | $ 200.00 |
| Line 7 | Third-Party Litigation Income | | | $ - |
| Line 8 | Miscellaneous - Other | $ 23,945.34 | $ 172,642.31 | $ 196,587.65 |
| | Total Funds Available (Lines 1 – 8): | $ 70,165.93 | $ 418,427.66 | $ 442,373.00 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | | |
| Line 10b | Business Asset Expenses | $ 5,285.00 | $ 372,207.07 | $ 377,492.07 |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | $ - | | $ - |
| | Total Disbursements for Receivership Operations | $ 5,285.00 | $ 372,207.07 | $ 377,492.07 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................. | | | $ - |
| | Independent Distribution Consultant (IDC)................ | | | $ - |
| | Distribution Agent............................................... | | | $ - |
| | Consultants......................................................... | | | $ - |
| | Legal Advisers.................................................... | | | $ - |
| | Tax Advisers....................................................... | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | *Total Plan Development Expenses* | | | $ - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................. | | | $ - |
| | IDC.................................................................... | | | $ - |
| | Distribution Agent............................................... | | | $ - |
| | Consultants......................................................... | | | $ - |
| | Legal Advisers.................................................... | | | $ - |
| | Tax Advisers....................................................... | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan........................... | | | $ - |
| | Claimant Identification......................................... | | | $ - |
| | Claims Processing................................................ | | | $ - |
| | Web Site Maintenance/Call Center......................... | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | $ - |

Case 3:16-cv-01417-M   Document 148-1   Filed 08/25/17   Page 11 of 15   PageID 2369

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership – Cash Basis
16-CV-1417;
SFAR 04-01-17 thru 06-30-17

| Line | Description | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| | Total Plan Implementation Expenses | | | $ - |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | $ - |
| Line 12b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other:** | | | $ - |
| | **Total Funds Disbursed (Lines 9 – 11):** | $ 5,285.00 | $ 372,207.07 | $ 377,492.07 |
| Line 13 | **Ending Balance (As of 06/30/2017):** | $ 64,880.93 | $ 46,220.59 | $ 64,880.93 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | $ 68,225.90 | $ 52,558.96 | $ 68,225.90 |
| Line 14b | Investments | $ - | | $ - |
| Line 14c | Other Assets or Uncleared Funds | $ (3,344.97) | $ (6,338.37) | $ (3,344.97) |
| | **Total Ending Balance of Fund – Net Assets** | $ 64,880.93 | $ 46,220.59 | $ 64,880.93 |

| | **OTHER SUPPLEMENTAL INFORMATION:** | | | |
|---|---|---:|---:|---:|
| | | Detail | Subtotal | Grand Total |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | | | $ - |
| | IDC…………………………………………………… | | | $ - |
| | Distribution Agent………………………………… | | | $ - |
| | Consultants………………………………………… | | | $ - |
| | Legal Advisers……………………………………… | | | $ - |
| | Tax Advisers………………………………………… | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | Total Plan Development Expenses Not Paid by the Fund | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | | | $ - |
| | IDC…………………………………………………… | | | $ - |
| | Distribution Agent………………………………… | | | $ - |
| | Consultants………………………………………… | | | $ - |
| | Legal Advisers……………………………………… | | | $ - |
| | Tax Advisers………………………………………… | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan………………… | | | $ - |
| | Claimant Identification…………………………… | | | $ - |
| | Claims Processing………………………………… | | | $ - |
| | Web Site Maintenance/Call Center……………… | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. FAIR Reporting Expenses | | | $ - |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | $ - |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | $ - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | $ - |
| Line 16b | Federal Tax Payments | | | $ - |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | $ - |
| Line 17 | **DC & State Tax Payments** | | | $ - |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period………………………………………………… | | | $ - |

| | | | |
|---|---|---|---|
| Line 18b | # of Claims Received Since Inception of Fund............................................................. | $ | - |
| **Line 19** | **No. of Claimants/Investors:** | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period............................................... | $ | - |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund............................................. | $ | - |

Receiver:

By: _____
      (signature)

_____
(printed name)

_____
(title)

Date: _____

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 8 - Miscellaneous

| Description | Amount |
|---|---|
| BMO Harris Bank | $ 23,945.34 |
| **Total** | **$ 23,945.34** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 10 - Oper. Disbursements

| **Description** | | **Amount** |
|---|---|---:|
| IT Fees/Expenses | $ | 1,125.00 |
| Dues and Fees | $ | 3,760.00 |
| Taxes | $ | 300.00 |
| Administrative Expenses | $ | 100.00 |
| **Total** | **$** | **5,285.00** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 14 - Ending Bal. of Funds

| Line | Class | Description | Amount |
|---|---|---|---:|
| 14a | **Cash & Cash Equivalents** | | |
| | | Rabobank | $ 68,225.90 |
| | | Subtotal | $ 68,225.90 |
| 14b | **Investments** | | |
| | | Subtotal | $ - |
| 14c | **Other Assets or Uncleared Funds** | | $ (3,344.97) |
| | | Subtotal | $ (3,344.97) |
| | | Total | **$ 64,880.93** |