# EXHIBIT "A-1"

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 07-01-17 thru 09-30-17

| FUND ACCOUNTING (See Instructions): | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 07/01/2017): | $ 64,880.93 | $ - | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $ - | $ 231,212.08 | $ 231,212.08 |
| Line 3 | **Cash and Securities** | $ - | $ 14,373.27 | $ 14,373.27 |
| Line 4 | **Interest/Dividend Income** | $ - | $ - | $ - |
| Line 5 | **Business Asset Liquidation** | | $ - | $ - |
| Line 6 | **Personal Asset Liquidation** | $ - | $ 200.00 | $ 200.00 |
| Line 7 | **Third-Party Litigation Income** | | $ - | $ - |
| Line 8 | **Miscellaneous - Other** | $ 1,014.27 | $ 196,587.65 | $ 197,601.92 |
| | **Total Funds Available (Lines 1 – 8):** | $ 65,895.20 | $ 442,373.00 | $ 443,387.27 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | | | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | $ 31,870.07 | $ 377,492.07 | $ 409,362.14 |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | $ - | | $ - |
| | **Total Disbursements for Receivership Operations** | $ 31,870.07 | $ 377,492.07 | $ 409,362.14 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator.............................. | | | $ - |
| | Independent Distribution Consultant (IDC)........... | | | $ - |
| | Distribution Agent............................. | | | $ - |
| | Consultants.................................. | | | $ - |
| | Legal Advisers............................... | | | $ - |
| | Tax Advisers................................. | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | *Total Plan Development Expenses* | | | $ - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator.............................. | | | $ - |
| | IDC......................................... | | | $ - |
| | Distribution Agent............................. | | | $ - |
| | Consultants.................................. | | | $ - |
| | Legal Advisers............................... | | | $ - |
| | Tax Advisers................................. | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan............... | | | $ - |
| | Claimant Identification......................... | | | $ - |
| | Claims Processing............................. | | | $ - |
| | Web Site Maintenance/Call Center.............. | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 07-01-17 thru 09-30-17

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Total Plan Implementation Expenses* | | | $ - |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| **Line 12** | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | $ - |
| Line 12b | *Federal Tax Payments* | | | $ - |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | $ 31,870.07 | $ 377,492.07 | $ 409,362.14 |
| **Line 13** | **Ending Balance (As of 09/30/2017):** | $ 34,025.13 | $ 64,880.93 | $ 34,025.13 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | $ 36,815.90 | $ 68,225.90 | $ 36,815.90 |
| Line 14b | *Investments* | $ - | | $ - |
| Line 14c | *Other Assets or Uncleared Funds* | $ (2,790.77) | $ (3,344.97) | $ (2,790.77) |
| | **Total Ending Balance of Fund – Net Assets** | $ 34,025.13 | $ 64,880.93 | $ 34,025.13 |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **OTHER SUPPLEMENTAL INFORMATION:** | | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................ | | | $ - |
| | IDC.................................................................... | | | $ - |
| | Distribution Agent.............................................. | | | $ - |
| | Consultants........................................................ | | | $ - |
| | Legal Advisers................................................... | | | $ - |
| | Tax Advisers...................................................... | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................ | | | $ - |
| | IDC.................................................................... | | | $ - |
| | Distribution Agent.............................................. | | | $ - |
| | Consultants........................................................ | | | $ - |
| | Legal Advisers................................................... | | | $ - |
| | Tax Advisers...................................................... | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | $ - |
| | Notice/Publishing Approved Plan...................... | | | $ - |
| | Claimant Identification....................................... | | | $ - |
| | Claims Processing............................................. | | | $ - |
| | Web Site Maintenance/Call Center.................... | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. FAIR Reporting Expenses | | | $ - |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | $ - |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | $ - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | $ - |
| Line 16b | *Federal Tax Payments* | | | $ - |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | $ - |
| **Line 17** | **DC & State Tax Payments** | | | $ - |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period*............................. | | | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417:
SFAR 07-01-17 thru 09-30-17

| | | | | |
|---|---|---|---|---|
| Line 18b | # of Claims Received Since Inception of Fund............................................. | $ | - |
| Line 19 | No. of Claimants/Investors: | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period................................. | $ | - |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund............................. | $ | - |

Receiver:

By: _____
    (signature)

_____
    (printed name)

_____
    (title)

Date: _____

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 8 - Miscellaneous

| Description | Amount |
|---|---|
| Refund of overpayment | $ 1,014.27 |
| **Total** | **$ 1,014.27** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 10 - Oper. Disbursements

| Description | Amount |
|---|---|
| Taxes | $ 31,674.27 |
| Administrative Expenses | $ 195.80 |

| Total | $ 31,870.07 |
|---|---|

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 14 - Ending Bal. of Funds

| Line | Class | Description | | Amount |
|------|-------|-------------|---|--------|
| 14a | | **Cash & Cash Equivalents** | | |
| | | Rabobank | $ | 36,815.90 |
| | | Subtotal | $ | 36,815.90 |
| 14b | | **Investments** | | |
| | | Subtotal | $ | - |
| 14c | | **Other Assets or Uncleared Funds** | $ | (2,790.77) |
| | | Subtotal | $ | (2,790.77) |
| | | Total | $ | **34,025.13** |

# EXHIBIT "A-2"

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 10-01-17 thru 12-31-17

**FUND ACCOUNTING (See Instructions):**

| | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/01/2017): | $ 34,025.13 | $ - | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $ - | $ 231,212.08 | $ 231,212.08 |
| Line 3 | **Cash and Securities** | $ - | $ 14,373.27 | $ 14,373.27 |
| Line 4 | **Interest/Dividend Income** | $ - | $ - | |
| Line 5 | **Business Asset Liquidation** | | | $ - |
| Line 6 | **Personal Asset Liquidation** | $ - | $ 200.00 | $ 200.00 |
| Line 7 | **Third-Party Litigation Income** | | | $ - |
| Line 8 | **Miscellaneous - Other** | $ - | $ 197,601.92 | $ 197,601.92 |
| | **Total Funds Available (Lines 1 – 8):** | **$ 34,025.13** | **$ 443,387.27** | **$ 443,387.27** |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | $ 7,240.00 | $ 409,362.14 | $ 416,602.14 |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | $ - | | $ - |
| | **Total Disbursements for Receivership Operations** | **$ 7,240.00** | **$ 409,362.14** | **$ 416,602.14** |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………….………… | | | $ - |
| | Independent Distribution Consultant (IDC)……………… | | | $ - |
| | Distribution Agent…………………………… | | | $ - |
| | Consultants…………………………………… | | | $ - |
| | Legal Advisers……………………………… | | | $ - |
| | Tax Advisers………………………………… | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | *Total Plan Development Expenses* | | | $ - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………… | | | $ - |
| | IDC……………………………………………… | | | $ - |
| | Distribution Agent…………………………… | | | $ - |
| | Consultants…………………………………… | | | $ - |
| | Legal Advisers……………………………… | | | $ - |
| | Tax Advisers………………………………… | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan………………………… | | | $ - |
| | Claimant Identification………………………………… | | | $ - |
| | Claims Processing…………………………………… | | | $ - |
| | Web Site Maintenance/Call Center………………………… | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 10-01-17 thru 12-31-17

| | | | | | |
|---|---|---|---|---|---|
| | *Total Plan Implementation Expenses* | | | $ - | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| **Line 12** | **Disbursements to Court/Other:** | | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | $ - | |
| Line 12b | *Federal Tax Payments* | | | $ - | |
| | **Total Disbursements to Court/Other:** | | | $ - | |
| | **Total Funds Disbursed (Lines 9 – 11):** | **$ 7,240.00** | **$ 409,362.14** | **$ 416,602.14** | |
| **Line 13** | **Ending Balance (As of 12/31/2017):** | **$ 26,785.13** | **$ 34,025.13** | **$ 26,785.13** | |
| **Line 14** | **Ending Balance of Fund – Net Assets** | | | | |
| Line 14a | Cash & Cash Equivalents | $ 29,380.10 | $ 36,815.90 | $ 29,380.10 | |
| Line 14b | Investments | $ - | | $ - | |
| Line 14c | Other Assets or Uncleared Funds | $ (2,594.97) | $ (2,790.77) | $ (2,594.97) | |
| | **Total Ending Balance of Fund – Net Assets** | **$ 26,785.13** | **$ 34,025.13** | **$ 26,785.13** | |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **OTHER SUPPLEMENTAL INFORMATION:** | | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | | | $ - |
| | IDC……………………………………………… | | | $ - |
| | Distribution Agent…………………………….... | | | $ - |
| | Consultants……………………………………… | | | $ - |
| | Legal Advisers………………………………… | | | $ - |
| | Tax Advisers…………………………………… | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | | | $ - |
| | IDC……………………………………………… | | | $ - |
| | Distribution Agent…………………………….... | | | $ - |
| | Consultants……………………………………… | | | $ - |
| | Legal Advisers………………………………… | | | $ - |
| | Tax Advisers…………………………………… | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan………………… | | | $ - |
| | Claimant Identification………………………… | | | $ - |
| | Claims Processing……………………………… | | | $ - |
| | Web Site Maintenance/Call Center……………… | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. FAIR Reporting Expenses | | | $ - |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | $ - |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | $ - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | $ - |
| Line 16b | *Federal Tax Payments* | | | $ - |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| **Line 17** | **DC & State Tax Payments** | | | $ - |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period…………………………………………… | | | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve -
Receivership - Cash Basis
16-CV-1417;
SFAR 10-01-17 thru 12-31-17

| | | | |
|---|---|---|---|
| *Line 18b* | # of Claims Received Since Inception of Fund............................................................... | $ | - |
| **Line 19** | **No. of Claimants/Investors:** | | |
| *Line 19a* | # of Claimants/Investors Paid This Reporting Period............................................. | $ | - |
| *Line 19b* | # of Claimants/Investors Paid Since Inception of Fund............................................. | $ | - |

Receiver:

By: _____
     (signature)

_____
     (printed name)

_____
     (title)

Date: _____

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 10 - Oper. Disbursements

| Description | | Amount |
|---|---|---|
| IT Fees/Expenses | $ | 2,250.00 |
| Patent Maintenance Fees | $ | 4,640.00 |
| 401K Administrative Fees | $ | 350.00 |
| **Total** | $ | **7,240.00** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 14 - Ending Bal. of Funds

| Line | Class | Description | Amount | |
|------|-------|-------------|--------|--|
| 14a | **Cash & Cash Equivalents** | | | |
| | | Rabobank | $ | 29,380.10 |
| | | Subtotal | $ | 29,380.10 |
| 14b | **Investments** | | | |
| | | Subtotal | $ | - |
| 14c | **Other Assets or Uncleared Funds** | | $ | (2,594.97) |
| | | Subtotal | $ | (2,594.97) |
| | | Total | **$** | **26,785.13** |