# EXHIBIT A-1

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 7-01-18 thru 9-30-18

| FUND ACCOUNTING (See Instructions): | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 7/01/2018): | $ 36,732.88 | $ - | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $ - | $ 256,212.08 | $ 256,212.08 |
| Line 3 | Cash and Securities | $ - | $ 14,373.27 | $ 14,373.27 |
| Line 4 | Interest/Dividend Income | $ - | $ - | $ - |
| Line 5 | Business Asset Liquidation | | | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ 200.00 | $ 200.00 |
| Line 7 | Third-Party Litigation Income | | | $ - |
| Line 8 | Miscellaneous - Other | $ 70,000.00 | $ 227,601.92 | $ 297,601.92 |
| | Total Funds Available (Lines 1 – 8): | $ 106,732.88 | $ 498,387.27 | $ 568,387.27 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ 44,000.27 | $ 44,000.27 |
| Line 10b | Business Asset Expenses | $ 941.28 | $ 417,354.12 | $ 418,295.40 |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | $ - | $ 300.00 | $ 300.00 |
| | Total Disbursements for Receivership Operations | $ 941.28 | $ 461,654.39 | $ 462,595.67 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………..……………….. | | | $ - |
| | Independent Distribution Consultant (IDC)…………… | | | $ - |
| | Distribution Agent…………….…..……………...… | | | $ - |
| | Consultants…………….………......………………. | | | $ - |
| | Legal Advisers……………….....…….……………. | | | $ - |
| | Tax Advisers………………..……….……………… | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | Total Plan Development Expenses | | | $ - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………….………..……… | | | $ - |
| | IDC………………………….……….……....……… | | | $ - |
| | Distribution Agent…………….……………………. | | | $ - |
| | Consultants…………………………….....………… | | | $ - |
| | Legal Advisers………………………….....……….. | | | $ - |
| | Tax Advisers………………..…….……….……… | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………..……. | | | $ - |
| | Claimant Identification………………….……..…… | | | $ - |
| | Claims Processing…………….……………..……. | | | $ - |
| | Web Site Maintenance/Call Center……………..…… | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 7-01-18 thru 9-30-18

Case 3:16-cv-01417-M   Document 205-1   Filed 03/05/19   Page 3 of 7   PageID 3341

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | *Total Plan Implementation Expenses* |  |  | $ - |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** |  |  |  |
| **Line 12** | **Disbursements to Court/Other:** |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* |  |  | $ - |
| Line 12b | *Federal Tax Payments* |  |  |  |
|  | **Total Disbursements to Court/Other:** |  |  | $ - |
|  | **Total Funds Disbursed (Lines 9 – 11):** | $ 941.28 | $ 461,654.39 | $ 462,595.67 |
| **Line 13** | **Ending Balance (As of 9/30/2018):** | $ 105,791.60 | $ 36,732.88 | $ 105,791.60 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** |  |  |  |
| Line 14a | *Cash & Cash Equivalents* | $ 108,386.57 | $ 83,556.90 | $ 108,386.57 |
| Line 14b | *Investments* | $ - |  | $ - |
| Line 14c | *Other Assets or Uncleared Funds* | $ (2,594.97) | $ (46,824.02) | $ (2,594.97) |
|  | **Total Ending Balance of Fund – Net Assets** | $ 105,791.60 | $ 36,732.88 | $ 105,791.60 |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **OTHER SUPPLEMENTAL INFORMATION:** | | | | |
|  | *Report of Items NOT To Be Paid by the Fund:* |  |  |  |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** |  |  |  |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  |   Fund Administrator…………………...…………….. |  |  | $ - |
|  |   IDC………………………………………...………….. |  |  | $ - |
|  |   Distribution Agent…………………...……………... |  |  | $ - |
|  |   Consultants……………………….…………………. |  |  | $ - |
|  |   Legal Advisers…………………….………………… |  |  | $ - |
|  |   Tax Advisers……………………….…………………. |  |  | $ - |
|  | 2. Administrative Expenses |  |  | $ - |
|  | 3. Miscellaneous |  |  | $ - |
|  | *Total Plan Development Expenses Not Paid by the Fund* |  |  |  |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  |   Fund Administrator……………………………..……… |  |  | $ - |
|  |   IDC…………………………………………...……….. |  |  | $ - |
|  |   Distribution Agent…………………………….. |  |  | $ - |
|  |   Consultants………………………….…………… |  |  | $ - |
|  |   Legal Advisers…………………………..………… |  |  | $ - |
|  |   Tax Advisers……………………………...………… |  |  | $ - |
|  | 2. Administrative Expenses |  |  | $ - |
|  | 3. Investor Identification: |  |  | $ - |
|  |   Notice/Publishing Approved Plan…………..……..… |  |  | $ - |
|  |   Claimant Identification……………….……...……… |  |  | $ - |
|  |   Claims Processing……………………….………..… |  |  | $ - |
|  |   Web Site Maintenance/Call Center…………..……. |  |  | $ - |
|  | 4. Fund Administrator Bond |  |  | $ - |
|  | 5. Miscellaneous |  |  | $ - |
|  | 6. FAIR Reporting Expenses |  |  | $ - |
|  | *Total Plan Implementation Expenses Not Paid by the Fund* |  |  | $ - |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* |  |  | $ - |
|  | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** |  |  |  |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** |  |  |  |
| Line 16a | *Investment Expenses/CRIS Fees* |  |  | $ - |
| Line 16b | *Federal Tax Payments* |  |  | $ - |
|  | **Total Disbursements to Court/Other Not Paid by the Fund:** |  |  | $ - |
| **Line 17** | **DC & State Tax Payments** |  |  | $ - |
| **Line 18** | **No. of Claims:** |  |  |  |
| Line 18a | *# of Claims Received This Reporting Period…..……………………………………………………* |  |  | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 7-01-18 thru 9-30-18

|  |  |  |
|---|---|---|
| *Line 18b* | *# of Claims Received Since Inception of Fund…….....………………………………….* | $   - |
| **Line 19** | **No. of Claimants/Investors:** |  |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period…..……..……………………………..* | $   - |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund………..…………………………….* | $   - |

Receiver:

By: _____
    (signature)

Michael D. Napoli
(printed name)

Receiver
(title)

Date: March 5, 2019

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 8 - Miscellaneous

| Description | Amount |
|---|---|
| Settlement - Skelly Capital Partners | $ 70,000.00 |
| **Total** | **$ 70,000.00** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 10 - Oper. Disbursements

| Description | Amount |
|---|---|
| **10b  Business Asset Expenses** | |
| Administrative Expenses | $ 941.28 |
| | |
| **Total** | **$ 941.28** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 14 - Ending Bal. of Funds

| Line | Class | Description | Amount |
|---|---|---|---|
| **14a** | **Cash & Cash Equivalents** | | |
| | | Rabobank | $ 108,386.57 |
| | | Subtotal | $ 108,386.57 |
| **14b** | **Investments** | | |
| | | Subtotal | $ - |
| **14c** | **Other Assets or Uncleared Funds** | | $ (2,594.97) |
| | | Subtotal | $ (2,594.97) |
| | | Total | **$ 105,791.60** |