# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| | § | Civil Action No. 3:16-cv-1417 |
| Plaintiff, | § § | |
| vs. | § § | Related Case No. 3:17-cv-01106 |
| ASH NARAYAN, THE TICKET RESERVE INC. a/k/a FORWARD MARKET MEDIA, INC., RICHARD M. HARMON, and JOHN A. KAPTROSKY | § § § § § | |
| Defendants. | § § | |

## SPECIAL RECEIVER'S CERTIFICATION IN SUPPORT OF HER MOTION TO APPROVE PAYMENT OF SPECIAL RECEIVER'S FEES AND COSTS

I, Ferdose al-Taie, the court appointed Special Receiver in case number 3:17-cv-01106, do hereby certify that:

1. I wrote the motion, and after reasonable inquiry and to the best of my knowledge, information and belief, the motion and all fees and expenses attached to it as Exhibit A are true, accurate and comply with the billing instructions;

2. All fees contained in the motion are: (a) based on a discounted rate; (b) commensurate with the rates charged by other professionals with similar experience in their respective geographic markets; and (c) reasonable, necessary and commensurate with the skill and experience required for the activities performed;

3. The amount for which reimbursement is sought does not include the amortization of the cost of any investment, equipment or capital outlay (except to the extent that any such

49970760;1

amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and

4. The requests for reimbursement of services that were justifiably purchased or contracted for from third parties request reimbursement only for the amount billed by the third-party vendor and paid for by Dykema Gossett PLLC, and to the extent that such services were performed within Dykema Gossett PLLC, it is not making a profit on such reimbursable services.

Executed on August 28, 2019.

                                                  */s/ Ferdose al-Taie*_____
                                                Ferdose al-Taie