# EXHIBIT A-1
## STANDARDIZED FUND ACCOUNTING REPORTS

FIRST CALENDAR QUARTER 2019

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 1-01-19 thru 3-31-19

| FUND ACCOUNTING (See Instructions): | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 1/01/2019): | $ 174,045.63 | $ - | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $ - | $ 256,212.08 | $ 256,212.08 |
| Line 3 | Cash and Securities | $ - | $ 14,373.27 | $ 14,373.27 |
| Line 4 | Interest/Dividend Income | $ - | $ - | $ - |
| Line 5 | Business Asset Liquidation | | | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ 200.00 | $ 200.00 |
| Line 7 | Third-Party Litigation Income | | | $ - |
| Line 8 | Miscellaneous - Other | $ 673,367.33 | $ 369,229.97 | $1,042,597.30 |
| | Total Funds Available (Lines 1 – 8): | $ 847,412.96 | $ 640,015.32 | $1,313,382.65 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $ - | $ 47,104.95 | $ 47,104.95 |
| Line 10b | *Business Asset Expenses* | $ 269.34 | $ 418,564.74 | $ 418,834.08 |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | $ - | $ 300.00 | $ 300.00 |
| | **Total Disbursements for Receivership Operations** | $ 269.34 | $ 465,969.69 | $ 466,239.03 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................ | | | $ - |
| | Independent Distribution Consultant (IDC)............... | | | $ - |
| | Distribution Agent............................................. | | | $ - |
| | Consultants..................................................... | | | $ - |
| | Legal Advisers................................................. | | | $ - |
| | Tax Advisers.................................................... | | | $ - |
| | 2. Administrative Expenses | $ 6,055.00 | | $ - |
| | 3. Miscellaneous | | | $ - |
| | *Total Plan Development Expenses* | | | $ - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................ | | | $ - |
| | IDC............................................................... | | | $ - |
| | Distribution Agent............................................. | | | $ - |
| | Consultants..................................................... | | | $ - |
| | Legal Advisers................................................. | | | $ - |
| | Tax Advisers.................................................... | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan........................... | | | $ - |
| | Claimant Identification........................................ | | | $ - |
| | Claims Processing............................................ | | | $ - |
| | Web Site Maintenance/Call Center........................ | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 1-01-19 thru 3-31-19

|  |  | | | |
|---|---|---:|---:|---:|
|  | *Total Plan Implementation Expenses* | | | $ - |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | $ - |
| Line 12b | Federal Tax Payments | | | $ - |
|  | **Total Disbursements to Court/Other:** | | | $ - |
|  | **Total Funds Disbursed (Lines 9 – 11):** | $ 6,324.34 | $ 465,969.69 | $ 472,294.03 |
| Line 13 | **Ending Balance (As of 3/31/2019):** | $ 841,088.62 | $ 174,045.63 | $ 847,143.62 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | $ 843,683.59 | $ 176,640.60 | $ 843,683.59 |
| Line 14b | *Investments* | $ - | $ - | $ - |
| Line 14c | *Other Assets or Uncleared Funds* | $ (2,594.97) | $ (2,594.97) | $ (2,594.97) |
|  | **Total Ending Balance of Fund – Net Assets** | $ 841,088.62 | $ 174,045.63 | $ 841,088.62 |

| OTHER SUPPLEMENTAL INFORMATION: | | | | |
|---|---|---:|---:|---:|
|  |  | Detail | Subtotal | Grand Total |
|  | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
|  | 1. Fees: | | | |
|  | Fund Administrator........ | | | $ - |
|  | IDC........ | | | $ - |
|  | Distribution Agent........ | | | $ - |
|  | Consultants........ | | | $ - |
|  | Legal Advisers........ | | | $ - |
|  | Tax Advisers........ | | | $ - |
|  | 2. Administrative Expenses | | | $ - |
|  | 3. Miscellaneous | | | $ - |
|  | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
|  | 1. Fees: | | | |
|  | Fund Administrator........ | | | $ - |
|  | IDC........ | | | $ - |
|  | Distribution Agent........ | | | $ - |
|  | Consultants........ | | | $ - |
|  | Legal Advisers........ | | | $ - |
|  | Tax Advisers........ | | | $ - |
|  | 2. Administrative Expenses | | | $ - |
|  | 3. Investor Identification: | | | $ - |
|  | Notice/Publishing Approved Plan........ | | | $ - |
|  | Claimant Identification........ | | | $ - |
|  | Claims Processing........ | | | $ - |
|  | Web Site Maintenance/Call Center........ | | | $ - |
|  | 4. Fund Administrator Bond | | | $ - |
|  | 5. Miscellaneous | | | $ - |
|  | 6. FAIR Reporting Expenses | | | $ - |
|  | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | $ - |
|  | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | $ - |
| Line 16b | *Federal Tax Payments* | | | $ - |
|  | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | $ - |
| Line 17 | **DC & State Tax Payments** | | | $ - |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period........* | | | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 1-01-19 thru 3-31-19

| | | | |
|---|---|---|---|
| *Line 18b* | # of Claims Received Since Inception of Fund............................................... | $ | - |
| Line 19 | No. of Claimants/Investors: | | |
| *Line 19a* | # of Claimants/Investors Paid This Reporting Period....................................... | $ | - |
| *Line 19b* | # of Claimants/Investors Paid Since Inception of Fund.................................... | $ | - |

Receiver:

By: _____
(signature)

Michael Napoli
(printed name)

Receiver
(title)

Date: 9/17/2019

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 8 - Miscellaneous

| **Description** | **Amount** |
|---|---|
| Settlement | $ 673,367.33 |
| **Total** | **$ 673,367.33** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 10 - Oper. Disbursements

| Description | Amount |
|---|---|
| **10a  Disbursements to Receiver or Other Professionals** | |
| Professional Fees/Expenses | $ - |
| | |
| **10b  Business Asset Expenses** | |
| Storage Expenses | $ 269.34 |
| | |
| **Total** | $ 269.34 |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 11 - Dist. Expenses

| Description | Amount |
|---|---|
| **11a Administrative Expenses** | |
| Publication of Bar Date Notice | $ 6,055.00 |
| **Total** | **$ 6,055.00** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 14 - Ending Bal. of Funds

| Line | Class | Description | Amount |
|---|---|---|---|
| 14a | **Cash & Cash Equivalents** | | |
| | | Rabobank | $ 843,683.59 |
| | | Subtotal | $ 843,683.59 |
| 14b | **Investments** | | |
| | | Subtotal | $ - |
| 14c | **Other Assets or Uncleared Funds** | | $ (2,594.97) |
| | | Subtotal | $ (2,594.97) |
| | | Total | $ 841,088.62 |

EXHIBIT A-2
STANDARDIZED FUND ACCOUNTING REPORTS

SECOND CALENDAR QUARTER 2019

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 4-01-19 thru 6-30-19

**FUND ACCOUNTING (See Instructions):**

| | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 4/01/2019): | $ 841,088.62 | $ - | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $ - | $ 256,212.08 | $ 256,212.08 |
| Line 3 | Cash and Securities | $ - | $ 14,373.27 | $ 14,373.27 |
| Line 4 | Interest/Dividend Income | $ - | $ - | $ - |
| Line 5 | Business Asset Liquidation | | | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ 200.00 | $ 200.00 |
| Line 7 | Third-Party Litigation Income | | | $ - |
| Line 8 | Miscellaneous - Other | $ 717,008.20 | $ 1,042,597.30 | $ 1,759,605.50 |
| | Total Funds Available (Lines 1 – 8): | $ 1,558,096.82 | $ 1,313,382.65 | $ 2,030,390.85 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | | | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ 47,104.95 | $ 47,104.95 |
| Line 10b | Business Asset Expenses | $ 938.96 | $ 418,834.08 | $ 419,773.04 |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | $ 300.00 | $ 300.00 | $ 600.00 |
| | Total Disbursements for Receivership Operations | $ 1,238.96 | $ 466,239.03 | $ 467,477.99 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator………………...……………….. | | | $ - |
| |    Independent Distribution Consultant (IDC)……….… | | | $ - |
| |    Distribution Agent………………..………………....… | | | $ - |
| |    Consultants………………………..………..………… | | | $ - |
| |    Legal Advisers…………………..……………………. | | | $ - |
| |    Tax Advisers……………………..……………………. | | | $ - |
| | 2. Administrative Expenses | $ - | | $ - |
| | 3. Miscellaneous | | | $ - |
| | Total Plan Development Expenses | | | $ - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator……………………..…………… | | | $ - |
| |    IDC……………………….…………….......………… | | | $ - |
| |    Distribution Agent………….……………..…………. | | | $ - |
| |    Consultants…………………………..…..…………… | | | $ - |
| |    Legal Advisers…………………..…………………… | | | $ - |
| |    Tax Advisers……………………..…………………… | | | $ - |
| | 2. Administrative Expenses | | $ 6,055.00 | $ 6,055.00 |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan…………..……… | | | $ - |
| |    Claimant Identification……………….………...…… | | | $ - |
| |    Claims Processing……………………..…………… | | | $ - |
| |    Web Site Maintenance/Call Center…………..……. | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 4-01-19 thru 6-30-19

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | *Total Plan Implementation Expenses* |  |  | $ - |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** |  |  |  |
| **Line 12** | **Disbursements to Court/Other:** |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* |  |  | $ - |
| Line 12b | *Federal Tax Payments* |  |  |  |
|  | **Total Disbursements to Court/Other:** |  |  | $ - |
|  | **Total Funds Disbursed (Lines 9 – 11):** | $ 1,238.96 | $ 472,294.03 | $ 473,532.99 |
| **Line 13** | **Ending Balance (As of 6/30/2019):** | $ 1,556,857.86 | $ 847,143.62 | $1,556,857.86 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** |  |  |  |
| Line 14a | *Cash & Cash Equivalents* | $ 1,559,871.93 | $ 843,683.59 | $1,559,871.93 |
| Line 14b | *Investments* | $ - |  | $ - |
| Line 14c | *Other Assets or Uncleared Funds* | $ (3,014.07) | $ (2,594.97) | $ (3,014.07) |
|  | **Total Ending Balance of Fund – Net Assets** | $ 1,556,857.86 | $ 841,088.62 | $1,556,857.86 |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **OTHER SUPPLEMENTAL INFORMATION:** | | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator……………………...…………….. | | | $ - |
| |    IDC……………………………………………...………….. | | | $ - |
| |    Distribution Agent……………………...……………...… | | | $ - |
| |    Consultants…………………………..……………… | | | $ - |
| |    Legal Advisers……………………..…………………. | | | $ - |
| |    Tax Advisers……………………..………………….……… | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Miscellaneous | | | $ - |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator……………………………..………. | | | $ - |
| |    IDC……………………………………………...……......... | | | $ - |
| |    Distribution Agent……………………………………. | | | $ - |
| |    Consultants……………………………………… | | | $ - |
| |    Legal Advisers……………………..………………. | | | $ - |
| |    Tax Advisers…………………………...……………. | | | $ - |
| | 2. Administrative Expenses | | | $ - |
| | 3. Investor Identification: | | | $ - |
| |    Notice/Publishing Approved Plan…………….……... | | | $ - |
| |    Claimant Identification…………………..……... | | | $ - |
| |    Claims Processing………………………..…... | | | $ - |
| |    Web Site Maintenance/Call Center……………..…… | | | $ - |
| | 4. Fund Administrator Bond | | | $ - |
| | 5. Miscellaneous | | | $ - |
| | 6. FAIR Reporting Expenses | | | $ - |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | $ - |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | $ - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | $ - |
| Line 16b | *Federal Tax Payments* | | | $ - |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | $ - |
| **Line 17** | **DC & State Tax Payments** | | | $ - |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period…..…………………………………….* | | | $ - |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
SFAR 4-01-19 thru 6-30-19

| | | | |
|---|---|---|---|
| Line 18b | # of Claims Received Since Inception of Fund............................................................ | $ | - |
| Line 19 | **No. of Claimants/Investors:** | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period.................................................. | $ | - |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund................................................ | $ | - |

Receiver:

By: _____
(signature)

Michael Napoli
(printed name)

Receiver
(title)

Date: 9/17/2019

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 8 - Miscellaneous

| **Description** | **Amount** |
|---|---|
| Settlement | $ 717,008.20 |
| **Total** | **$ 717,008.20** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 10 - Oper. Disbursements

| Description | Amount |
|---|---|
| **10a  Disbursements to Receiver or Other Professionals** | |
| Professional Fees/Expenses | $ - |
| | |
| **10b  Business Asset Expenses** | |
| Storage Expenses | $ 419.86 |
| Administrative Expenses | $ 519.10 |
| | |
| **10g  Federal and State Tax Payments** | |
| Delaware Annual Tax | $ 300.00 |
| | |
| **Total** | **$ 1,238.96** |

STANDARDIZED FUND ACCOUNTING REPORT for The Ticket Reserve
Receivership - Cash Basis
16-CV-1417;
Sched 14 - Ending Bal. of Funds

| Line | Class | Description | Amount |
|---|---|---|---:|
| 14a | **Cash & Cash Equivalents** | | |
| | | Rabobank | $ 1,559,871.93 |
| | | Subtotal | $ 1,559,871.93 |
| 14b | **Investments** | | |
| | | Subtotal | $ - |
| 14c | **Other Assets or Uncleared Funds** | | $ (3,014.07) |
| | | Subtotal | $ (3,014.07) |
| | | Total | **$ 1,556,857.86** |